# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOBBY FUENTES, Administrator of the Estate of Alejandro Santos, decedent,<br><br>    Plaintiff,<br><br>    v.<br><br>USAA GENERAL INDEMNITY COMPANY,<br><br>    Defendant. | NO. 3:19-CV-1111<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 22nd day of July, 2019, **IT IS HEREBY ORDERED** that the Motion to Dismiss Count Three of Plaintiff's Complaint - Bad Faith (Doc. 3) filed by Defendant USAA General Indemnity Company is **DENIED**.

                                                              /s/ A. Richard Caputo  
                                                              A. Richard Caputo  
                                                              United States District Judge